Carolyn Macdonald, administratrix of the estate of Aeneas Macdonald, deceased, defendant in error, v. William Heptig, plaintiff in error. Gen. No. 28,668.

Action for wrongful death. Judgment for the plaintiff. Error to the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed February 11, 1925.

Howe, Fordham & Kreamer and John E. Kehoe, for plaintiff in

error. Albert C. Fordham, of counsel. John A. Bloomingston, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.